IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES W. DAVIS,

     Appellant,

v.

BARBARA MANN, individually
and as personal representative of
the estate of David Van Davis,
Deceased,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2150

Opinion filed March 12, 2015.

An appeal from the Circuit Court for Alachua County.
Robert E. Roundtree, Jr., Judge.

Scott David Krueger of Scott David Krueger Chartered, Gainesville, for Appellant.

Edwin C. Cluster and Robert H. McLean of Ayers, Cluster, Curry, McCall, Collins
& Banks, P.A., The Villages, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.